UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States,

      Plaintiff,

v.                               Case No. 2:12–cr–125

Karen Lamb,                Judge Michael H. Watson
                                   Magistrate Judge E.A. Preston Deavers

      Defendant.

## ORDER

This matter is before the Court for consideration of the June 26, 2012 Report and Recommendation of the United States Magistrate Judge, ECF No. 17. Defendant Karen Lamb ("Defendant") consented, pursuant to 28 U.S.C. §636(b)(2), to enter a guilty plea before a Magistrate Judge. The Magistrate Judge recommended that the Court accept Defendant's guilty plea.

The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." Report and Recommendation 3, ECF No. 17. The time period for filing objections to the Report and Recommendation has expired and neither party has objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation of the Magistrate Judge. Noting that no objections have been filed and that the time for filing such

objections expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, ECF No. 17, and **ACCEPTS** Defendant's guilty plea.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**