

Ohio Bureau of Motor Vehicles

# POWER OF ATTORNEY

*Know all men by these presents, that the undersigned does hereby make, constitute and appoint*

| LAST NAME | FIRST NAME | | MI |
|---|---|---|---|
| STREET ADDRESS | CITY | STATE | ZIP CODE |

My true and lawful attorney-in-fact for me and in my name, place and stead, to make and execute the assignment of or application for my Certificate of Title covering the following described motor vehicle, to-wit:

| MAKE | YEAR | SERIAL NO. |
|---|---|---|

And granting to my said attorney-in-fact full authority to do and perform all and every act and thing whatsoever, requisite, necessary and proper to be done in and about the premises as fully and to all intents and purposes as the undersigned might or could do with full power of substitution and revocation hereby ratifying and confirming all that said attorney or his substitute shall lawfully do or cause to be done by virtue hereof.

In Witness whereof, the undersigned has caused his name to be subscribed hereto this_____

day of _____, 20_____.

X_____        _____
SIGNATURE OF PERSON GIVING POWER OF ATTORNEY               SOCIAL SECURITY NUMBER OF BUYER/OWNER

## ACKNOWLEDGEMENT

State of Ohio, County of _____. Subscribed and sworn to before me a Notary Public in and for said County personally appeared_____who acknowledged the signing of the foregoing instrument and that such signing is his free act and deed.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal

this _____day of _____, 20_____in the county of_____ State of Ohio.

X_____
NOTARY PUBLIC

My commission expires _____

GOVERNMENT EXHIBIT
MEMORANDUM
A
CARDELS 800-713-0339

BMV 3771 4/04